In the Matter of CAPO BAR & GRILL, INC., Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

In the Matter of the CITY OF NEW YORK, Appellant-Respondent, on Behalf of the New York City Housing Authority, Relative to Acquiring Title to Real Property Located within the Block Bounded by Franklin D. Roosevelt Drive, and Other Streets in the Borough of Manhattan, City of New York, for a New York State-Aided Low Rent Public Housing Project Known as WOODROW WILSON HOUSES. EUGENE GANDOLFO et al., Respondents; RYMA CORPORATION et al., Respondents-Appellants.— Decree unanimously modified, on the law and on the facts, by reducing the awards made at Special Term for the damage parcels under review to the following amounts: $20,000 for D. P. 2; $375,000 for D. P. 5; $100,000 for D. P. 7; $24,000 for D. P. 9; and $38,000 for D. P. 10, and, as so modified, the decree is affirmed, with costs to the City of New York against the unsuccessful parties. The evidence contained in the record before us does not support allowances in excess of the amounts to which the awards have been reduced. Settle order. Concur — Breitel, J. P., Valente, McNally, Stevens and Bergan, JJ.

In the Matter of JEROME C. LEWIS, for Reinstatement to the Bar.— Motion denied. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

FRANK BAKA et al. v. BOARD OF EDUCATION OF THE CITY OF NEW YORK. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

MAX E. GREENBERG v. AMERICAN SURETY COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

JACK KNOLL v. 320 WEST 90TH STREET CORPORATION.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD J. STEELE.— Motion granted insofar as to extend appellant's time to procure the record on appeal and appellant's points to be served and filed, to and including October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P.. Rabin, M. M. Frank, McNally and Stevens, JJ.

In the Matter of JEAN RUCK, as Administratrix of LEON M. RUCK, Deceased. TRICO CLOTHING, INC., et al.— Motion for stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

CAROL A. DI CARLO et al. v. LILLIE COLLETTI et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

WILLIAM S. BROWN, as Trustee, v. FLORENCE ELLIS et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.